Daniel W. Roderick, appellee, v. City of Chicago, appellant. Gen. No. 25,438.

Action by municipal officer to recover salary for period during which he was unlawfully kept out of office. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1919. Reversed and judgment here. Opinion filed April 12, 1920. Rehearing denied April 26, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson, for appellant; Roy S. Gaskill, of counsel. Hope Thompson, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Edwardsville Home Trade Coal Company, appellee, v. Black Gem Coal & Coke Company, appellant. Gen. No. 25,490.

Action to recover for coal sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920. Rehearing denied April 26, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Newman, Poppenhusen, Stern & Johnston, for appellant; Lawrence A. Cohen, of counsel. Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

George Wezmensky, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 25,675.

Action for injuries to person struck by a street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of facts. Opinion filed April 12, 1920. Rehearing denied April 26, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Charles LeRoy Brown, for appellants; John R. Guilliams and Franklin B. Hussey, of counsel. Darrow, Sissman, Popham & Carlin, for appellee; Sigmund W. David, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Annie M. Maize, appellee, v. Howard D. Maize, appellant. Gen. No. 25,711.

Bill for separate maintenance. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920.

Jay Clifford McCally, Joseph O. Morris and Fred B. Silsbee, for appellant. Haight, Adcock, Haight & Harris, for appellee.

Mr. Justice Holdom delivered the opinion of the court.